# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEXIS VALENCIA,<br><br>    Defendant. | Case No. 5:23-mj-00036-CDB<br><br>**RELEASE ORDER**<br><br>(Violation of Supervised Release) |

On September 22, 2023, Defendant Alexis Valencia appeared in this Court for an initial appearance on a petition alleging violations of supervised release filed in the Southern District of California (No. 20-cr-2074-BTM). The docket in the charging district reflects that both an arrest warrant and summons to appear were issued. (Docs. 53, 54).

Following the initial appearance, the United States of America declined to move for detention and set forth its position that Defendant should be released.

Accordingly, the Court ORDERS that Defendant Alexis Valencia be RELEASED FORTHWITH pending his return to the Southern District of California for further proceedings and the conduct of a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a).

Defendant Alexis Valencia is ORDERED to contact a supervising Probation Officer in the Southern District of California within seven (7) days of the date of this Order. All existing terms of supervised release remain in full force and effect.

IT IS SO ORDERED.

Dated:   **September 22, 2023**                    _____
                                                                         UNITED STATES MAGISTRATE JUDGE